1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WILLIE WORTHAMS,

    Plaintiff,

v.

GEICO CHOICE INSUANCE COMPANY,
*et al.*,

    Defendants.

Case No. 2:24-cv-00023-JCM-NJK

**Order**

[Docket No. 15]

Pending before the Court is Defendant Lewis Roca Rothgerber Christie, LLP's certificate of interested parties.  Docket No. 15.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party."  Fed. R. Civ. P. 7.1(a)(2).  For purposes of diversity jurisdiction, "[p]artnerships are citizens of each state or foreign country of which any partner is a citizen."  *Singh v. American Honda Finance Corp.*, 925 F.3d 1053, 1064 n.10 (9th Cir. 2019).  Defendant's certificate of interested parties fails to identify the citizenship attributed to them.  *See* Docket No. 15.

Accordingly, Defendant must file an amended certificate of interested parties complying with Fed. R. Civ. P. 7.1(a)(2) by January 19, 2024.

IT IS SO ORDERED.

Dated: January 12, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1