UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS,<br><br>       Plaintiff,<br><br>v.<br><br>GEICO INSURANCE COMPANY, *et al.*,<br><br>       Defendants. | Case No. 2:24-cv-00023-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 50, 51] |

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 51.[1] The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). The discovery period is calculated from the date the first defendant answers or otherwise appears in the case. Local Rule 26-1(b)(1). In this case, Defendant Geico Insurance Company first appeared on January 26, 2024. *See* Docket No. 29. The parties, however, seek a 180-day discovery period calculated from April 3, 2024, which is 30 days after the parties held their Rule 26(f) scheduling conference. Docket No. 51 at 6. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. Here, the parties seek an extended discovery period due to pending motions to dismiss. *Id*. Further, the parties agree to a 30-day self-imposed stay of discovery without addressing the applicable standards. *Id*. The Court finds that the parties have failed to establish good cause for an extended discovery period. *See e.g., Tradebay, LLC v. eBay, LLC*, 278 F.R.D. 597, 600 (D.Nev. 2011). Further, the Court denies the parties' self-imposed stay.

Accordingly, the parties' proposed discovery plan is **DENIED**. Docket No. 51. No later than March 29, 2024, the parties must file a renewed joint proposed discovery plan that complies with the Court's Local Rules. If Defendants continue to seek a stay of discovery pending the

---

[1] Plaintiff filed an errata to the parties' proposed discovery plan because he inadvertently filed a former draft. *See* Docket No. 51 at 1-2. Accordingly, the parties' prior filing at Docket No. 50 is **DENIED** as moot.

1

resolution of the pending motions, they must file a motion to stay discovery, addressing all relevant standards, no later than March 29, 2024.

IT IS SO ORDERED.

Dated: March 26, 2024

                                              Nancy J. Koppe
                                              United States Magistrate Judge