JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE WORTHAMS, individually; <br><br>Plaintiffs, <br><br>vs. <br><br>GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive, <br><br>Defendants, | Case No. 2:24-cv-00023-RFB-NJK |

**STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO FILE IT'S RESPONSE TO MOTION FOR STAY OF DISCOVERY AS TO DEFENDANTS LEWIS BRISBOIS BISGAARD & SMITH, LLP (ECF 54) AND LEWIS ROCA ROTHERGERBER CHRISTIS LLP (ECF 55) PENDING RULING ON MOTIONS TO DISMISS**
**(First Request)**

Plaintiff, WILLIE WORTHAMS; Defendant, LEWIS BRISBOIS BISGAARD & SMITH, LLP ("LBBS"); and Defendant, LEWIS ROCA ROTHGERBER, CHRISTIE, LLP ("LRRC") have stipulated and agreed to a seven (7) day extension of time from April 12, 2024 to April 19, 2024 for Plaintiff to file his Response to Motion to Stay Discovery as to Defendants Lewis Brisbois Bisgaard

& Smith LLP (ECF 54) and Lewis Roca Rothgerber Christie LLP (ECF 55) pending a ruling on Defendants Motions to Dismiss.  The reasons supporting this stipulation are as follows: Plaintiff's counsel has been recently traveling out of the state (multi-state) on depositions, 9th Circuit oral and argument.  In addition, Plaintiff's counsel has recently had an associate attorney leave its employee and requires additional time to adequately respond to the Motion.  The Plaintiff desires to provide the Court a complete outline of facts and issues.

This is the first extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

DATED this 12th day of April, 2024.

| BOWEN LAW OFFICES | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
|---|---|
| /s/ *Jerome R. Bowen, Esq.* <br> JEROME R. BOWEN, ESQ. <br> Nevada Bar No. 4540 <br> 9960 W. Cheyenne Ave., Suite 250 <br> Las Vegas, Nevada 89129 <br> Attorneys for Plaintiff | /s/ *Jeffrey D. Olster, Esq.* <br> ROBERT W. FREEMAN, ESQ. <br> Nevada Bar No. 3062 <br> JEFFREY D. OLSTER, ESQ. <br> Nevada Bar No. 8864 <br> Attorneys for Defendant Lewis Brisbois Bisgaard & Smith, LLP |

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ (Pending Review)
DANIEL F. POLSENBERG (SBN 2376)
ABRAHAM G. SMITH (SBN 13,250)
LAUREN D. WIGGINTON (SBN 15,835)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Attorneys for LEWIS ROCA ROTHGERBER, CHRISTIE, LLP

IT IS SO ORDERED.
Dated:  April 15, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge