UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS,<br><br>    Plaintiff(s),<br><br>v.<br><br>GEICO CHOICE INSURANCE COMPANY, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00023-RFB-NJK<br><br>**Scheduling Order** |

In an order issued concurrently herewith, the Court has stayed discovery with respect to Defendants Lewis Brisbois and Lewis Roca, and has denied the request to stay discovery with respect to Defendant GEICO. Based on the proposed deadlines sought recently, *see* Docket No. 53, the Court hereby issues this scheduling order to establish case management deadlines with respect to Defendant GEICO.[1]

Case management deadlines are hereby **SET** as follows:

- Initial disclosures: May 6, 2024
- Amend pleadings/ add parties: July 2, 2024
- Initial experts: August 1, 2024
- Rebuttal experts: September 3, 2024
- Discovery cutoff: September 30, 2024
- Dispositive motions: November 14, 2024

---

[1] While the Court is providing the extended discovery period sought, the showing made is not particularly strong. The Court also notes that some of the representations in the discovery plan are inconsistent with representations made elsewhere. *Compare, e.g.*, Docket No. 53 at 4 ("This is a complex case") *with* Docket No. 59 at 5 ("This is not a complex case").

1

- Joint proposed pretrial order: December 16, 2024, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: April 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

2