1  DANIEL F. POLSENBERG (SBN 2376)
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
2  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada 89169-5996
3  (702) 474-2626
   DPolsenberg@LewisRoca.com
4
   *Attorney for Defendant Lewis Roca Rothgerber Christie LLP*
5

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| WILLIE WORTHAMS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CHOICE INSURANCE COMPANY. a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00023-RFB-NJK<br><br>**STIPULATION TO CONTINUE JULY 11, 2024 HEARING**<br><br>**(First Request)** |
|---|---|

The parties stipulate to continue the July 11, 2024, hearing. Good cause exists for this continuance. Counsel for Lewis Roca Rothgerber Christie LLP was unable to resolve a conflict between this reset hearing date and a trial in the Eighth Judicial District Court. The Court's schedule permitting, the parties request that the Court reset the hearing for August 9, 2024, or alternatively on August 27, 28, or 30.

Dated this 3rd day of July, 2024.

1

125329771.1

| | |
|---|---|
| BOWEN LAW OFFICES | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By: /s/Jerome R. Bowen<br>JEROME R. BOWEN (SBN 4540)<br>9960 W. Cheyenne Ave<br>Suite 250<br>Las Vegas, Nevada 89129 | By: /s/ Daniel F. Polsenberg<br>DANIEL F. POLSENBERG (SBN 2376)<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169 |
| *Attorney for Plaintiff* | *Attorney for Defendant Lewis Roca Rothgerber Christie LLP* |
| MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| By: /s/Jonathan W. Carlson<br>JONATHAN W. CARLSON (SBN 10536)<br>MANDY VOGEL (SBN 16150)<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113 | By: /s/Jeffrey D. Olster<br>ROBERT W. FREEMAN (SBN 3062)<br>JEFFREY D. OLSTER (SBN 8864)<br>6385 South Rainbow Boulevard<br>Suite 600<br>Las Vegas, Nevada 89118 |
| *Attorneys for GEICO Choice Insurance Company* | *Attorney for Defendant Lewis Brisbois Bisgaard & Smith, LLP* |

**IT IS SO ORDERED.**

THE MOTION HEARING SET FOR JULY 11, 2024, IS VACATED AND RESET TO **AUGUST 12, 2024 AT 8:30 A.M.** IN LV COURTROOM 7C BEFORE THE HONORABLE JUDGE RICHARD F. BOULEWARE II.

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/8/2024

125329771.1