UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS,<br><br>    Plaintiff,<br><br>v.<br><br>GEICO CHOICE INSURANCE COMPANY, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-00023-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 84, 86] |

Defendant filed an amended subpoena to produce documents on the Docket. Docket No. 84. Additionally, Plaintiff filed a declaration of service of process on the Docket. Docket No. 86. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: October 31, 2024

                                                                                                      Nancy J. Koppe
                                                                                                      United States Magistrate Judge