JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
*jcarlson@mbswc.com*
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 8181
*pmcgaha@mbswc.com*
MANDY VOGEL, ESQ.
Nevada Bar No. 16150
*mvogel@mbswc.com*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

CARY B. LERMAN, ESQ.
California Bar No. 54937 *(admitted pro hac vice)*
*cary.lerman@mto.com*
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave, 50th Floor
Los Angeles, CA 90071
Telephone:   (213) 683-9100

J. MAX ROSEN, ESQ.
California Bar No. 310789 *(admitted pro hac vice)*
*max.rosen@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone:   (415) 512-4000
Attorneys for Defendant GEICO CHOICE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS, individually,<br><br>           Plaintiff,<br><br>      v.<br><br>GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>           Defendants. | Case No. 2:24-cv-00023-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSES TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER [DOC. 91] AND MOTION TO COMPEL [DOC. 92]**<br><br>**[FIRST REQUEST]** |

Case No. 2:24-cv-00023-JCM-NJK
STIPULATION TO EXTEND TIME TO FILE RESPONSES TO PLAINTIFF'S MOTION FOR PROTECTIVE
ORDER [DOC. 91] AND MOTION TO COMPEL [DOC. 92]
[FIRST REQUEST]

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Pursuant to LR IA 6-1, Plaintiff Willie Worthams and Defendant GEICO Choice Insurance Company ("GEICO"), by and through their counsel of record, hereby submit to this Honorable Court this stipulation and request to extend the time by **seven (7) days** for GEICO to file responses to Plaintiff's Motion for Protective Order against Defendant GEICO Choice Insurance Company's Notices to take Depositions of Jerome "Jerry" J. Konell, Sharithea Everett, and Willie Worthams [Doc. 91] (filed on December 11, 2024) and Plaintiff's Motion to Compel Responses to Specific FRCP 34 Request for Production and Disclosure of Documents Claimed Privileged from FRCP 26 Disclosures [Doc. 92] (filed on December 11, 2024). The current due date for GEICO's responses to both motions is December 26, 2025, the day after Christmas. The proposed new due date is January 2, 2025.

The parties respectfully submit that good cause exists for this stipulation based on the following:

1. Counsel for GEICO has pre-planned Holiday travel that overlaps with the current schedule of the brief. The requested extension accommodates the Holidays, as well as those travel plans.

2. The Parties have agreed to stipulate to this extension.

3. This request is made in good faith and without intent to cause undue delay.

4. In accordance with LR IA 6-1, this is the first request for an extension of time to file oppositions to Plaintiff's Motion for Protective Order against Defendant GEICO Choice Insurance Company's Notices to take Depositions of Jerome "Jerry" J. Konell, Sharithea Everett, and Willie Worthams [Doc. 91] and Plaintiff's Motion to Compel Responses to Specific FRCP 34 Request for Production and Disclosure of Documents Claimed Privileged from FRCP 26 Disclosures [Doc. 92].

Dated: December 18, 2024    By: /s/ Jonathan W. Carlson
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
Jonathan W. Carlson, Nevada Bar No. 10536
Mandy Vogel, Nevada Bar No. 16150
Attorneys for Defendant
GEICO Choice Insurance Company

/ / /

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2    Case No. 2:24-cv-00023-JCM-NJK
STIPULATION TO EXTEND TIME TO FILE RESPONSES TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER [DOC. 91] AND MOTION TO COMPEL [DOC. 92]
[FIRST REQUEST]

Dated: December 18, 2024     By: /s/ Jerome R. Bowen
BOWEN LAW OFFICES
Jerome R. Bowen, Nevada Bar No. 4540
Attorneys for Plaintiff Willie Worthams

IT IS SO ORDERED that the deadlines to file Responses to Plaintiff's Motion for Protective Order against Defendant GEICO Choice Insurance Company's Notices to take Depositions of Jerome "Jerry" J. Konell, Sharithea Everett, and Willie Worthams [Doc. 91] and Plaintiff's Motion to Compel Responses to Specific FRCP 34 Request for Production and Disclosure of Documents Claimed Privileged from FRCP 26 Disclosures [Doc. 92] are extended up to and including January 2, 2025.

December 19, 2024

UNITED STATES DISTRICT COURT JUDGE

10900188.1

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

3     Case No. 2:24-cv-00023-JCM-NJK
STIPULATION TO EXTEND TIME TO FILE RESPONSES TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER [DOC. 91] AND MOTION TO COMPEL [DOC. 92]
[FIRST REQUEST]

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2024, a true and correct copy of **STIPULATION TO EXTEND TIME TO FILE RESPONSES TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER [DOC. 91] AND MOTION TO COMPEL [DOC. 92] [FIRST REQUEST]** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

4   Case No. 2:24-cv-00023-JCM-NJK
STIPULATION TO EXTEND TIME TO FILE RESPONSES TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER [DOC. 91] AND MOTION TO COMPEL [DOC. 92] [FIRST REQUEST]