JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILLIE WORTHAMS, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants, | Case No. 2:24-cv-00023-RFB-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER [ECF. 91] and MOTION TO COMPEL [ECF. 92]**<br><br>(1st Request) |

Pursuant to LR IA 6-1, Plaintiff Willie Worthams and Defendant GEICO Choice Insurance Company ("GEICO"), by and through their counsel of record, hereby submit to this Honorable Court this stipulation and request to extend the time by **five (5) days** for Plaintiff to file his replies in support of *Plaintiff's Motion for Protective Order against Defendant GEICO Choice Insurance Company's Notices to take Depositions of Jerome "Jerry" J. Konell, Sharithea Everett, and Willie Worthams* (ECF 91) and *Plaintiff's Motion to Compel Responses to Specific FRCP 34 Request for Production and Disclosure of Documents Claimed Privileged from FRCP 26 Disclosures* (ECF 92) The current due date for Plaintiff's replies is January 9, 2025 for both motions. The proposed new

1  due date is January 14, 2025. The parties respectfully submit that good cause exist for this stipulation
2  based on the following:
3     1. Counsel for Plaintiff has been traveling for out-of-state depositions, including one in the
4  instant matter, and the due date overlaps with scheduled depositions and travel accommodations.
5  This requested extension alleviates any conflicts.
6     2. The Parties have agreed to stipulate to this extension.
7     3. This request is made in good faith and without intent to cause undue delay.
8     4. In accordance with LR IA 6-1, this is the first request for an extension of time to file
9  replies in support of Plaintiff's Motion for Protective Order (ECF 91) and Plaintiff's Motion to
10 Compel (ECF 92).

DATED this 9th day of January, 2025.                    DATED this 9th day of January, 2025.

**BOWEN LAW OFFICES**                                   **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

*/s/ Jerome R. Bowen, Esq.*
JEROME R. BOWEN, ESQ.                                   */s/ Mandy Vogel, Esq.*
Nevada Bar No. 4540                                     JONATHAN W. CARLSON, ESQ.
9960 W. Cheyenne Ave., Suite 250                        Nevada Bar No. 10536
Las Vegas, Nevada 89129                                 Mandy Vogel, Esq.
Attorneys for Plaintiff                                 Nevada Bar No. 16150
                                                        and
                                                        Cary B. Lerman, Esq. (Pro Hac Vice)
                                                        Joseph N. Glynn, Esq. (Pro Hac Vice)
                                                        J. Max Rosen, Esq. (Pro Hac Vice)
                                                        MUNGER, TOLLES & OLSON LLP
                                                        Attorneys for Defendant GEICO

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 10, 2025

Page 2 of 2