UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS,<br><br>    Plaintiff,<br><br>v.<br><br>GEICO CHOICE INSURANCE COMPANY, *et al..*,<br><br>    Defendants. | Case No.: 2:24-cv-00023-RFB-NJK<br><br>**Order**<br><br>[Docket No. 98] |

Pending before the Court is the parties' stipulation to extend discovery deadlines by 90 days. Docket No. 98.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The stipulation seeks relief on several grounds. Docket No. 98 at 4-6. The Court finds that good cause has been established due to the December 19, 2025 deposition and the attorney that has been impacted by the Los Angeles fires.

For good cause shown, the stipulation to extend is **GRANTED**. Deadlines are **RESET** as follows:

- Discovery cutoff:  April 30, 2025
- Dispositive motions:  June 2, 2025
- Joint proposed pretrial order:  July 1, 2025, 30 days after resolution of dispositive motions, or further order of the Court

IT IS SO ORDERED.

Dated: January 10, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1