JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| WILLIE WORTHAMS, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants, | Case No. 2:24-cv-00023-RFB-NJK |

**STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO FILE IT'S RESPONSES TO MOTION FOR LEAVE OF COURT TO SERVE SUBPOENAS ON WITNESS SHARITHEA EVERETTE BY ALTERNATIVE MEANS (ECF 110)**
(First Request)

Plaintiff, WILLIE WORTHAMS; Defendant, GEICO CHOICE INSURANCE COMPANY have stipulated and agreed to a five (5) day extension of time from February 21, 2025 to February 26, 2025 for Plaintiff to file his Responses to Motion for Leave of Court to Serve Subpoenas on Witness Sharithea Everett by Alternative Means (ECF 110) filed on February 7, 2025. The reasons supporting this stipulation are as follows: Plaintiff's counsel has been recently traveling out of the

1  state (multi-state) on depositions, and requires additional time to adequately meet and confer with
2  client and respond to the Motion. The Plaintiff desires to provide the Court a complete outline of
3  facts and issues.
4      This is the first extension of time requested by the Parties related to this Motion, which is
5  made in good faith and not for purposes of delay.
6      DATED this 21st day of February, 2025.

7  **BOWEN LAW OFFICES**

9  /s/ *Jerome R. Bowen, Esq.*
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
10  9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
11  Attorneys for Plaintiff

13  **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP**

15  /s/ *Jonathan W. Carlson, Esq.*
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 40536
16  PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 8181
17  MANDY VOGEL, ESQ.
Nevada Bar No. 16150
18  8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
19  Attorneys for
GEICO CHOICE INSURANCE COMPANY

23  IT IS SO ORDERED.
Dated: February 24, 2025

Nancy J. Koppe
United States Magistrate Judge