McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Mandy Vogel
Nevada Bar No. 16150
  *mandy.vogel@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Munger, Tolles & Olson LLP
Cary B. Lerman (*admitted pro hac vice*)
California Bar No. 54937
  *cary.lerman@mto.com*
Joseph N. Glynn (*admitted pro hac vice*)
California Bar No. 337652
  *joseph.glynn@mto.com*
350 South Grand Ave, 50th Floor
Los Angeles, CA 90071
Telephone:    (213) 683-9100

J. Max Rosen (*admitted pro hac vice*)
California Bar No. 310789
  *max.rosen@mto.com*
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone:    (415) 512-4000

Attorneys for Defendant
GEICO Choice Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS, individually, | Case No. 2:24-cv-00023-RFB-NJK |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR GEICO'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE OF COURT TO SERVE SUBPOENAS ON WITNESS SHARITHEA EVERETT BY ALTERNATIVE MEANS (DKT. 110) (FIRST REQUEST)** |
| v. | |
| GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

Case No. 2:24-cv-00023-RFB-NJK
STIPULATION FOR EXTENSION OF TIME FOR GEICO'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE OF COURT TO SERVE SUBPOENAS ON WITNESS SHARITHEA EVERETT BY ALTERNATIVE MEANS (DKT. 110) (FIRST REQUEST)

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

1  Defendant GEICO CHOICE INSURANCE COMPANY ("GEICO"), by and through its 2 attorneys of record of the law firms McCORMICK, BARSTOW, SHEPPARD, WAYTE & 3 CARRUTH LLP and MUNGER, TOLLES & OLSON LLP, and Plaintiff WILLIE WORTHAMS 4 ("Plaintiff"), by and through his attorneys of record of the BOWEN LAW OFFICES have stipulated 5 and agreed to a five (5) day extension of time from March 5, 2025 to March 10, 2025 for GEICO to 6 file its Reply In Support Of Motion for Leave of Court to Serve Subpoenas on Witness Sharithea 7 Everett by Alternative Means, for good cause.

8  In the past seven days, GEICO's counsel had a number of unavoidable obligations amongst 9 all named counsel, to include overlapping briefing deadlines, all-day depositions, examinations 10 under oath, court appearance, and work travel. Consequently, GEICO's counsel requires additional 11 time to adequately complete its briefing.

12  This is the first extension of time requested by the parties related to this reply brief. The 13 parties have stipulated to this extension in good faith and not for purposes of delay. The parties 14 previously stipulated to a five day extension of Plaintiff's opposition brief with respect to 15 Defendants' motion.

16  DATED this 4th day of March, 2025

17  BOWEN LAW OFFICES

18  By   /s/ Jerome R. Bowen
19       Jerome R. Bowen, Esq., Nevada Bar No. 4540
         Attorneys for Plaintiff

20 / / /
21 / / /
22 / / /
23 / / /   IT IS SO ORDERED.                Nancy J. Koppe
          Dated: March 5, 2025              United States Magistrate Judge
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113