JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE WORTHAMS, individually;<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>　　　　　　Defendants, | Case No. 2:24-cv-00023-RFB-NJK |

**STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO FILE IT'S RESPONSE TO GEICO'S MOTION TO QUASH AND FOR PROTECTIVE ORDER REGARDING THE DEPOSITION OF WADE M. HANSARD (ECF 111)**
**(First Request)**

Plaintiff, WILLIE WORTHAMS; Defendant, GEICO CHOICE INSURANCE COMPANY have stipulated and agreed to a one week extension of time from March 5, 2025 to March 12, 2025 for *Plaintiff to File His Response to GEICO's Motion to Quash and for Protective Order Regarding the Deposition of Wade M. Hansard* (ECF 111) filed on February 19, 2025. The parties also have stipulated and agreed that Defendant GEICO will get an additional one week extension to file its

Reply.

The reasons supporting this stipulation are as follows: Plaintiff's counsel has been preparing and engaged in a multi-day product defect mediation, other out of state depositions, and thus, Plaintiff's counsel requires additional time to adequately prepare and respond to the Motion. The Plaintiff desires to provide the Court a complete outline of facts and issues.

This is the first extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

DATED this 4th day of March, 2025.

| BOWEN LAW OFFICES | MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |
|---|---|
| /s/ Jerome R. Bowen, Esq. | /s/Jonathan W. Carlson, Esq. |
| JEROME R. BOWEN, ESQ. | JONATHAN W. CARLSON, ESQ. |
| Nevada Bar No. 4540 | Nevada Bar No. 40536 |
| 9960 W. Cheyenne Ave., Suite 250 | PAMELA L. MCGAHA, ESQ. |
| Las Vegas, Nevada 89129 | Nevada Bar No. 8181 |
| Attorneys for Plaintiff | MANDY VOGEL, ESQ. |
| | Nevada Bar No. 16150 |
| | 8337 West Sunset Road, Suite 350 |
| | Las Vegas, Nevada 89113 |
| | Attorneys for GEICO CHOICE INSURANCE COMPANY |

**IT IS SO ORDERED.**

DATED this 6th day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE