UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEICO CHOICE INSURANCE COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No. 2:24-cv-00023-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 138, 139] |

Pending before the Court is Defendant Geico Choice Insurance Company's motion to extend discovery and related deadlines for the limited purpose of serving subpoenas on Sharithea Everett. Docket No. 138. Also pending before the Court is Defendant's motion to shorten time for resolution of its motion to continue discovery. Docket No. 129. Plaintiff filed a response. Docket No. 140. Defendant filed a reply. Docket No. 141. The motions are properly resolved without a hearing. *See* Local Rule 78-1.

Defendant seeks an extension of case management deadlines of 60 days to account for the Court's order granting Defendant's motion for leave of court to serve subpoenas on Everett by alternative means. Docket No. 138 at 2; *see also* Docket No. 136 at 4. Plaintiff does not object to the limited discovery related to Everett's deposition but objects to an "open 60 day continuance of any discovery and deadlines for the benefit of [Defendant.]" Docket No. 140 at 2. Defendant clarifies that it does not seek an "open discovery extension" but only asks for discovery to be reopened for the limited purpose of Everett's deposition and requests that the rest of the case management deadlines be extended to account for the deposition. Docket No. 141 at 2. Plaintiff submits that good cause does not exist to extend other related deadlines because "[n]othing [Everett] says in her deposition will impact any dispositive motion attempted to be filed by [Defendant]." Docket No. 140 at 3.

1

The Court may extend unexpired deadlines upon a showing of good cause.  *See* Local Rule 26-3.  The Court finds that an extension is warranted to allow Defendant to complete the limited discovery regarding scheduling and taking Everett's depositions and producing and reviewing her document production, as well as the deadlines to follow.

Accordingly, Defendant's motion to extend discovery and related deadlines is **GRANTED**.  Docket No. 138.  Defendant's motion to shorten time is **DENIED** as moot.  Docket No. 139.

Deadlines are **RESET** as follows:

- Limited-purpose discovery: June 29, 2025
- Dispositive motions:  July 29, 2025
- Joint proposed pretrial order:  August 28, 2025, 30 days after resolution of dispositive motions, or further order of the Court

IT IS SO ORDERED.

Dated: May 23, 2025

_____
Nancy J. Koppe
United States Magistrate Judge