# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEICO CHOICE INSURANCE COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:24-cv-00023-RFB-NJK<br><br>**Order**<br><br>[Docket No. 148] |

Pending before the Court is the parties' stipulation to extend Plaintiff's time to respond to Defendant Geico Choice Insurance Company's motion to compel, Docket No. 148, which is **GRANTED**.

Accordingly, Plaintiff's deadline to respond to Defendant's motion is extended to July 18, 2025. Defendant's deadline to file its reply is extended to two weeks after Plaintiff files his response.

Further, the parties submit that Defendant does not oppose Plaintiff's request, "conditioned on the granting of the parties' joint motion to stay the dispositive motions deadline." Docket No. 148 at 2. The Court expressly does not grant that request nor does it express any opinion as to the merits of that motion or how it will be resolved.

IT IS SO ORDERED.

Dated: July 14, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge