# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIE WORTHAMS,

    Plaintiff,

v.

GEICO CHOICE INSURANCE COMPANY, et al.,

    Defendants.

Case No. 2:24-cv-00023-RFB-NJK

**Order**

[Docket No. 161]

    Pending before the Court is Defendant Geico's motion/application for briefing schedule. Docket No. 161.

    The Court was recently made aware of this filing given the transfer of this motion from a related action in this District. *See* No. 2:25-cv-01503-JCM-MDC. In the instant motion, Defendant Geico requests the Court set a briefing schedule for its motion to compel. *See* Docket No. 162.

    Accordingly, the instant motion is **GRANTED**. Docket No. 161. Plaintiff must file a response to the pending motion to compel no later than October 31, 2025. *See* Docket No. 162. Any reply must be filed no later than November 7, 2025. *See id.*

    IT IS SO ORDERED.

    Dated: October 17, 2025

                                                       Nancy J. Koppe
                                                       United States Magistrate Judge