**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILLIE WORTHAMS, individually;<br><br>              Plaintiffs,<br>vs.<br><br>GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>              Defendants, | Case No. 2:24-cv-00023-RFB-NJK |

**ORDER GRANTING**
**STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO FILE RESPONSE TO GEICO'S MOTION TO COMPEL SHARITHEA EVERETTE TO SEARCH FOR AND PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA DUCES TECUM (ECF 162)**
(First Request)

Plaintiff, WILLIE WORTHAMS and Defendant, GEICO CHOICE INSURANCE COMPANY have stipulated and agreed to an extension of time from October 31, 2025 to November 7, 2025 for Plaintiff to file his His *Response to GEICO's Motion to Compel Sharithea Everette to Search for and Produce Documents Responsive to Subpoena Duces Tecum* (ECF 162) filed on October 17, 2025.

1  The parties also have stipulated and agreed that Defendant GEICO will get an additional one
2 week extension to file its Reply to any responses filed.
3  The reasons supporting this stipulation are as follows: the parties are engaging in informal
4 discussions to determine if they can resolve the motion without further motion practice. The parties
5 need additional time to complete those discussions.
6  This is the first extension of time requested by the Parties related to this Motion, which is
7 made in good faith and not for purposes of delay.

**IT IS SO ORDERED.**

Dated: November 3, 2025

_____
Nancy J. Koppe
United States Magistrate Judge