**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILLIE WORTHAMS, individually;<br><br>              Plaintiffs,<br>    vs.<br><br>GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>              Defendants, | Case No. 2:24-cv-00023-RFB-NJK |

**ORDER GRANTING
STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO FILE
RESPONSE TO GEICO'S MOTION TO COMPEL SHARITHEA EVERETTE TO
SEARCH FOR AND PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA DUCES
TECUM (ECF 162)**
(Second Request)

Plaintiff, WILLIE WORTHAMS and Defendant, GEICO CHOICE INSURANCE COMPANY have stipulated and agreed to an extension of time of an additional business day from November 7, 2025 to November 10, 2025 for Plaintiff to file His *Response to GEICO's Motion to Compel Sharithea Everette to Search for and Produce Documents Responsive to Subpoena Duces Tecum* (ECF 162) filed on October 17, 2025.

1    The parties had also previously stipulated and agreed that Defendant GEICO will get an
2 additional one week extension to file its Reply to any responses filed.

3    The reasons supporting this stipulation are as follows: Plaintiff's counsel is requesting one
4 additional business day to file Plaintiff's response, as Plaintiff's counsel was engaged in a deposition
5 in another matter that was unavoidably delayed due to equipment malfunctions with the court
6 reporter's machine. Consequently, additional time is necessary to finalize and complete the response.

7    This is the second extension of time requested by the Parties related to this Motion, which
8 is made in good faith and not for purposes of delay.

9    DATED this 7th day of November, 2025.

19    **IT IS SO ORDERED.**

20    DATED this __12th__ day of November, 2025.

22    _____
Nancy J. Koppe
23    United States Magistrate Judge