1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS, individually,<br><br>            Plaintiff,<br><br>    v.<br><br>GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>            Defendants. | Case No. 2:24-cv-00023-RFB-NJK<br>**ORDER GRANTING STIPULATION FOR ONE-DAY EXTENSION OF TIME FOR GEICO'S REPLY IN SUPPORT OF MOTION TO COMPEL (FIRST REQUEST)** |

55712854.2                                                                  Case No. 2:24-cv-00023-RFB-NJK

1    Defendant GEICO CHOICE INSURANCE COMPANY ("GEICO"), by and through its
2 attorneys of record of the law firms McCORMICK, BARSTOW, SHEPPARD, WAYTE &
3 CARRUTH LLP and MUNGER, TOLLES & OLSON LLP, and Plaintiff WILLIE WORTHAMS
4 ("Plaintiff"), by and through his attorneys of record of the BOWEN LAW OFFICES hereby jointly
5 stipulate and request that the court grant a one (1) day extension of time from November 17, 2025
6 to November 18, 2025 for GEICO to file its Reply In Support Of Motion to Compel Sharithea
7 Everett to Search For and Produce Documents Responsive to Subpoena Duces Tecum, for good
8 cause.

9    Good cause supports this extension. In the last week, GEICO's counsel has had unavoidable
10 obligations, including work travel and overlapping filing deadlines. GEICO's counsel requests this
11 brief one-day extension to adequately complete its briefing.

12    This is the first extension of time requested by the parties related to this reply brief. The
13 parties have stipulated to the extension in good faith and not for purposes of delay.

**IT IS SO ORDERED**
Dated: November 17, 2025
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

25    //
26    //
27    //
28    //