McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Mandy Vogel
Nevada Bar No. 16150
  *mandy.vogel@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Munger, Tolles & Olson LLP
Cary B. Lerman (*admitted pro hac vice*)
California Bar No. 54937
  *cary.lerman@mto.com*
Joseph N. Glynn (*admitted pro hac vice*)
California Bar No. 337652
  *joseph.glynn@mto.com*
350 South Grand Ave, 50th Floor
Los Angeles, CA 90071
Telephone:     (213) 683-9100

Munger, Tolles & Olson LLP
J. Max Rosen (*admitted pro hac vice*)
California Bar No. 310789
  *max.rosen@mto.com*
Qian Zhe (Danny) Zhang (*admitted pro hac vice*)
California Bar No. 357303
  *danny.zhang@mto.com*
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone:     (415) 512-4000

Attorneys for Defendant
GEICO Choice Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS, individually,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00023-RFB-NJK<br><br>**STIPULATION FOR BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS (SECOND REQUEST)** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113

Case No. 2:24-cv-00023-RFB-NJK

STIPULATION FOR BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS (SECOND REQUEST)

Defendant GEICO CHOICE INSURANCE COMPANY ("GEICO"), by and through its attorneys of record of the law firms McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP and MUNGER, TOLLES & OLSON LLP, and Plaintiff WILLIE WORTHAMS ("Plaintiff"), by and through his attorneys of record of the BOWEN LAW OFFICES have stipulated and agreed to the following briefing schedule for the parties' summary judgment and related motions:

- Responses to GEICO's Motion for Summary Judgment (Dkt. 188) and Plaintiff's Motion for Summary Judgment (Dkt. 181) and Motion and Request for Summary Judgment (Dkt. 191) are due on Wednesday, July 8, 2026.

- Replies in support of these motions are due Wednesday, July 29, 2026.

The parties hereby move for entry of this stipulation on good cause.

## I.    PROCEDURAL HISTORY

On May 29, 2026, Plaintiff Willie Worthams filed a Motion for Summary Judgment (Dkt. 181) and a Request for Judicial Notice Re Underlying Wrongful-Death Judgment and Adjudicated Damages (*see* Dkt. 190).

On June 1, 2026, GEICO filed a Motion for Summary Judgment.  (Dkt. 188.)

On June 5, 2026, Plaintiff withdrew his Request for Judicial Notice Re Underlying Wrongful-Death Judgment and Adjudicated Damages (*see* Dkt. 190) and refiled a Motion and Request for Judicial Notice Re Adjudicated Wrongful-Death Damages and Judgement (Dkt. 191).

On June 12, 2026, GEICO moved for a seven-day (7) extension of its response deadlines from June 22, 2026 to June 29, 2026.  (Dkt. 193.)  In that motion, GEICO noted that it had proposed a briefing schedule to Plaintiff but had not received a response.  This Court granted GEICO's motion on June 16, 2026.  (Dkt. 195.)  On June 17, 2026, Plaintiff responded that he agreed to the briefing schedule GEICO proposed, which is reflected herein.

## II.    GOOD CAUSE EXISTS FOR THE STIPULATED EXTENSION

Good cause exists for this extension of time for the parties' response and reply briefs.  Since the parties' filing of their respective summary judgment motions, the parties have been diligently preparing response briefs.  Additionally, both parties' counsel have had or are scheduled to have substantially overlapping commitments, including day-long hearings, mediations, and depositions,

other briefing deadlines, out-of-state work travel, and pre-planned family commitments. The stipulated briefing schedule will facilitate more effective briefing on important dispositive issues addressed in these motions. Because the parties response and reply deadlines are currently on different days, this stipulated briefing schedule will also have the effect of aligning the cadence of briefing for the parties' and the Court's benefit.

This is the second extension of time requested by the parties related to the summary judgment deadlines.

The parties have stipulated to this extension in good faith and not for purposes of delay.

DATED this 18th day of June, 2026

BOWEN LAW OFFICES

By _____/s/ Jerome R. Bowen_____
Jerome R. Bowen, Esq., Nevada Bar No. 4540
Attorneys for Plaintiff

DATED this 18th day of June, 2026

MUNGER, TOLLES & OLSON LLP

By _____/s/ J. Max Rosen_____
J. Max Rosen, Esq., California Bar No. 310789
(*admitted pro hac vice*)
Attorneys for Defendant GEICO Choice Insurance Company

**IT IS SO ORDERED.**

DATED this 22nd day of June, 2026.

By _____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th of June, 2026, a true and correct copy of the

**STIPULATION FOR BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS (SECOND REQUEST)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By    */s/ J. Max Rosen*
J. Max Rosen, Esq., California Bar No. 310789
(*admitted pro hac vice*)
Attorneys for Defendant GEICO Choice Insurance Company