**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| WILLIE WORTHAMS, individually; | Case No. 2:24-cv-00023-RFB-NJK |
| Plaintiffs, | |
| vs. | |
| GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive, | **ORDER GRANTING NOTICE OF WITHDRAWAL OF ATTORNEYS** |
| Defendants, | |

BOWEN LAW OFFICES hereby requests that Jeffrey Chronister be removed from the Court's electronic service list as he is no longer an employee of Bowen Law Offices and no longer involved in this matter. Plaintiff Willie Worthams will continue to be represented by Jerome R. Bowen, Esq.

**IT IS SO ORDERED**
Dated: June 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge