JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191/Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*
WILLIE WORTHAMS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS, individually,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00023-RFB-NJK<br><br>**STIPULATION FOR BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS (THIRD REQUEST)** |

Defendant GEICO CHOICE INSURANCE COMPANY ("GEICO"), by and through its attorneys of record of the law firms McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP and MUNGER, TOLLES & OLSON LLP, and Plaintiff WILLIE WORTHAMS ("Plaintiff"), by and through his attorneys of record of the BOWEN LAW OFFICES have stipulated and agreed to the following briefing schedule for the parties' summary judgment and related motions:

- Responses to GEICO's Motion for Summary Judgment (Dkt. 188) and Plaintiff's Motion for Summary Judgment (Dkt. 181) and Motion and Request for Summary Judgment (Dkt. 191) are due on Wednesday, July 15, 2026.

- Replies in support of these motions are due Wednesday, August 5, 2026.

The parties hereby move for entry of this stipulation on good cause.

**I.    PROCEDURAL HISTORY**

On May 29, 2026, Plaintiff Willie Worthams filed a Motion for Summary Judgment (Dkt. 181) and a Request for Judicial Notice Re Underlying Wrongful-Death Judgment and Adjudicated

STIPULATION FOR BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS (THIRD REQUEST)

Damages (*see* Dkt. 190).

On June 1, 2026, GEICO filed a Motion for Summary Judgment. (Dkt. 188.)

On June 5, 2026, Plaintiff withdrew his Request for Judicial Notice Re Underlying Wrongful-Death Judgment and Adjudicated Damages (*see* Dkt. 190) and refiled a Motion and Request for Judicial Notice Re Adjudicated Wrongful-Death Damages and Judgement (Dkt. 191).

On June 12, 2026, GEICO moved for a seven-day (7) extension of its response deadlines from June 22, 2026 to June 29, 2026. (Dkt. 193.) In that motion, GEICO noted that it had proposed a briefing schedule to Plaintiff but had not received a response. This Court granted GEICO's motion on June 16, 2026. (Dkt. 195.) On June 17, 2026, Plaintiff responded that he agreed to the briefing schedule GEICO proposed.

On June 18, 2026, the Parties filed a Stipulation For Briefing Schedule on Summary Judgment Motions (Second Request), agreeing to a deadline of July 8, 2026 for response briefs and a deadline of July 29, 2026 for reply briefs. (Dkt. 196) On June 22, 2026, this Court granted the stipulation. (Dkt. 197)

GOOD CAUSE EXISTS FOR THE STIPULATED EXTENSION

Good cause exists for this extension of time for the parties' response and reply briefs. As indicated in the parties' prior stipulation, the parties have been diligently preparing response briefs since the parties' filing of their respective summary judgment motions. And as the parties explained in their prior stipulation, both parties' counsel have had or are scheduled to have substantially overlapping commitments since the summary judgment briefs were filed. These include day-long hearings, mediations, and depositions, other briefing deadlines, out-of-state work travel, and pre-planned family commitments. The stipulated briefing schedule will facilitate more effective briefing on important dispositive issues addressed in these motions.

This is the third extension of time requested by the parties related to the summary judgment deadlines.

Case No. 2:24-cv-00023-RFB-NJK
STIPULATION FOR BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS (THIRD REQUEST)

The parties have stipulated to this extension in good faith and not for purposes of delay.

DATED this 30th day of June, 2026

BOWEN LAW OFFICES

By    /s/ Jerome R. Bowen, Esq.
Jerome R. Bowen, Esq., Nevada Bar No. 4540
Attorneys for Plaintiff

DATED this 30th day of June, 2026

MUNGER, TOLLES & OLSON LLP

By    /s/ J. Max Rosen, Esq.
J. Max Rosen, Esq., California Bar No. 310789
(*admitted pro hac vice*)
Attorneys for Defendant GEICO Choice Insurance
Company

**IT IS SO ORDERED.**

DATED this 2nd day of July, 2026

By    _____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

STIPULATION FOR BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS (THIRD REQUEST)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th of June, 2026, a true and correct copy of the

**STIPULATION FOR BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS**

**(THIRD REQUEST)** was served via the United States District Court CM/ECF system on all

parties or persons requiring notice.

By    */s/ Jerome R. Bowen, Esq.*
      Jerome R. Bowen, Esq., Nevada Bar No. 4540
      Attorney for Plaintiff