JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191/Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*
WILLIE WORTHAMS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS, individually,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00023-RFB-NJK<br><br>**STIPULATION FOR BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS (FOURTH REQUEST)** |

Defendant GEICO CHOICE INSURANCE COMPANY ("GEICO"), by and through its attorneys of record of the law firms McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP and MUNGER, TOLLES & OLSON LLP, and Plaintiff WILLIE WORTHAMS ("Plaintiff"), by and through his attorneys of record of the BOWEN LAW OFFICES have stipulated and agreed to the following briefing schedule for the parties' summary judgment and related motions:

- Responses to GEICO's Motion for Summary Judgment (Dkt. 188) and Plaintiff's Motion for Summary Judgment (Dkt. 181) and Motion and Request for Summary Judgment (Dkt. 191) are due on Wednesday, July 22, 2026.
- Replies in support of these motions are due Wednesday, August 12, 2026.

The parties hereby move for entry of this stipulation on good cause.

## I. <u>PROCEDURAL HISTORY</u>

On May 29, 2026, Plaintiff Willie Worthams filed a Motion for Summary Judgment (Dkt. 181) and a Request for Judicial Notice Re Underlying Wrongful-Death Judgment and Adjudicated

Damages (*see* Dkt. 190).

On June 1, 2026, GEICO filed a Motion for Summary Judgment. (Dkt. 188.)

On June 5, 2026, Plaintiff withdrew his Request for Judicial Notice Re Underlying Wrongful-Death Judgment and Adjudicated Damages (*see* Dkt. 190) and refiled a Motion and Request for Judicial Notice Re Adjudicated Wrongful-Death Damages and Judgement (Dkt. 191).

On June 12, 2026, GEICO moved for a seven-day (7) extension of its response deadlines from June 22, 2026 to June 29, 2026. (Dkt. 193.) In that motion, GEICO noted that it had proposed a briefing schedule to Plaintiff but had not received a response. This Court granted GEICO's motion on June 16, 2026. (Dkt. 195.) On June 17, 2026, Plaintiff responded that he agreed to the briefing schedule GEICO proposed.

On June 18, 2026, the Parties filed a Stipulation For Briefing Schedule on Summary Judgment Motions (Second Request), agreeing to a deadline of July 8, 2026 for response briefs and a deadline of July 29, 2026 for reply briefs. (Dkt. 196) On June 22, 2026, this Court granted the stipulation. (Dkt. 197)

On July 1, 2026, the Parties filed a Stipulation For Briefing Schedule on Summary Judgment Motions (Third Request), agreeing to a deadline of July 15, 2026 for response briefs and a deadline of August 5, 2026 for reply briefs. (Dkt. 199) On July 2, 2026, this Court granted the stipulation. (Dkt. 201)

GOOD CAUSE EXISTS FOR THE STIPULATED EXTENSION

Good cause exists for this requested extension of time for the parties' response and reply briefs. As set forth in the parties' prior stipulation, counsel have been diligently preparing their respective response briefs since the filing of the cross-motions for summary judgment. As previously explained, counsel for both parties have had, or are scheduled to have, substantially overlapping professional commitments during the briefing period, including all-day hearings, mediations, depositions, other briefing deadlines, out-of-state work travel, and previously scheduled family obligations.

Additionally, Plaintiff's counsel was unexpectedly required to travel out of town to attend to his elderly father, and this unforeseen family obligation has further limited the time available to

complete the response brief.

The parties' stipulated briefing schedule will allow counsel sufficient time to fully and effectively brief the important dispositive issues raised by the pending summary judgment motions.

This is the fourth extension of time requested by the parties related to the summary judgment deadlines.

The parties have stipulated to this extension in good faith and not for purposes of delay.

DATED this 15th day of July, 2026

BOWEN LAW OFFICES

By *_/s/ Jerome R. Bowen, Esq._*
Jerome R. Bowen, Esq., Nevada Bar No. 4540
Attorneys for Plaintiff

DATED this 15th day of July, 2026

MUNGER, TOLLES & OLSON LLP

By *_/s/ J. Max Rosen, Esq._*
J. Max Rosen, Esq., California Bar No. 310789
(*admitted pro hac vice*)
Attorneys for Defendant GEICO Choice Insurance Company

**IT IS SO ORDERED.**

DATED this 16th day of July, 2026

By ______________________
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th of July, 2026, a true and correct copy of the **STIPULATION FOR BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS (FOURTH REQUEST)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By *<u>/s/ Jerome R. Bowen, Esq.</u>*
Jerome R. Bowen, Esq., Nevada Bar No. 4540
Attorney for Plaintiff