JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191/Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*
WILLIE WORTHAMS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS, individually,<br>Plaintiff,<br>v.<br>GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br>Defendants. | Case No. 2:24-cv-00023-RFB-NJK<br><br>**STIPULATION FOR BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS (FIFTH REQUEST)** |

Defendant GEICO CHOICE INSURANCE COMPANY ("GEICO"), by and through its attorneys of record of the law firms McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP and MUNGER, TOLLES & OLSON LLP, and Plaintiff WILLIE WORTHAMS ("Plaintiff"), by and through his attorneys of record of the BOWEN LAW OFFICES have stipulated and agreed to the following briefing schedule for the parties' summary judgment and related motions:

- Responses to GEICO's Motion for Summary Judgment (Dkt. 188) and Plaintiff's Motion for Summary Judgment (Dkt. 181) and Motion and Request for Summary Judgment (Dkt. 191) are due on Monday, July 27, 2026.
- Replies in support of these motions are due Monday, August 17, 2026.

The parties hereby move for entry of this stipulation on good cause.

## I. <u>PROCEDURAL HISTORY</u>

On May 29, 2026, Plaintiff Willie Worthams filed a Motion for Summary Judgment (Dkt. 181) and a Request for Judicial Notice Re Underlying Wrongful-Death Judgment and Adjudicated

Damages (*see* Dkt. 190).

On June 1, 2026, GEICO filed a Motion for Summary Judgment. (Dkt. 188.)

On June 5, 2026, Plaintiff withdrew his Request for Judicial Notice Re Underlying Wrongful-Death Judgment and Adjudicated Damages (*see* Dkt. 190) and refiled a Motion and Request for Judicial Notice Re Adjudicated Wrongful-Death Damages and Judgement (Dkt. 191).

On June 12, 2026, GEICO moved for a seven-day (7) extension of its response deadlines from June 22, 2026 to June 29, 2026. (Dkt. 193.) In that motion, GEICO noted that it had proposed a briefing schedule to Plaintiff but had not received a response. This Court granted GEICO's motion on June 16, 2026. (Dkt. 195.) On June 17, 2026, Plaintiff responded that he agreed to the briefing schedule GEICO proposed.

On June 18, 2026, the Parties filed a Stipulation For Briefing Schedule on Summary Judgment Motions (Second Request), agreeing to a deadline of July 8, 2026 for response briefs and a deadline of July 29, 2026 for reply briefs. (Dkt. 196) On June 22, 2026, this Court granted the stipulation. (Dkt. 197)

On July 1, 2026, the Parties filed a Stipulation For Briefing Schedule on Summary Judgment Motions (Third Request), agreeing to a deadline of July 15, 2026 for response briefs and a deadline of August 5, 2026 for reply briefs. (Dkt. 199) On July 2, 2026, this Court granted the stipulation. (Dkt. 201)

On July 15, 2026, the Parties filed a Stipulation For Briefing Schedule on Summary Judgment Motions (Fourth Request), agreeing to a deadline of July 22, 2026 for response briefs and a deadline of August 12, 2026 for reply briefs. (Dkt. 202) On July 16, 2026, this Court granted the stipulation. (Dkt. 203)

GOOD CAUSE EXISTS FOR THE STIPULATED EXTENSION

Good cause exists for this requested extension of time for the parties' response and reply briefs. Plaintiff requested this final extension due to counsel's travel-related scheduling issues and other professional obligations that have affected counsel's ability to complete Plaintiff's Opposition by the current deadline. Specifically, Plaintiff's counsel was traveling on the East Coast in connection with other legal matters. Counsel's return travel was disrupted when scheduled flights

were canceled and subsequently rebooked, with additional delays preventing counsel from returning home as planned. These unforeseen travel disruptions, together with counsel's other scheduling conflicts, have limited the time available to finalize Plaintiff's Opposition.

Defendant GEICO agreed to the requested extension with the express understanding that this constitutes the final extension of the deadline for Plaintiff to file the Opposition, and because the parties' summary judgment briefs should remain on a parallel briefing track.

The parties' stipulated briefing schedule will allow counsel sufficient time to fully and effectively brief the important dispositive issues raised by the pending summary judgment motions.

This is the fifth extension of time requested by the parties related to the summary judgment deadlines.

The parties have stipulated to this extension in good faith and not for purposes of delay.

DATED this 22ND day of July, 2026

BOWEN LAW OFFICES

By *_/s/ Jerome R. Bowen, Esq._*
Jerome R. Bowen, Esq., Nevada Bar No. 4540
Attorneys for Plaintiff

DATED this 22ND day of July, 2026

MUNGER, TOLLES & OLSON LLP

By *_/s/ J. Max Rosen, Esq._*
J. Max Rosen, Esq., California Bar No. 310789
(*admitted pro hac vice*)
Attorneys for Defendant GEICO Choice Insurance Company

**IT IS SO ORDERED.**

**DATED** this 28th day of July, 2026

By ______________________
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22[ND] of July, 2026, a true and correct copy of the **STIPULATION FOR BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS (FOURTH REQUEST)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By *<u>/s/ Jerome R. Bowen, Esq.</u>*
Jerome R. Bowen, Esq., Nevada Bar No. 4540
Attorney for Plaintiff