McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
Mandy Vogel
Nevada Bar No. 16150
*mandy.vogel@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Munger, Tolles & Olson LLP
Cary B. Lerman (*admitted pro hac vice*)
California Bar No. 54937
*cary.lerman@mto.com*
Joseph N. Glynn (*admitted pro hac vice*)
California Bar No. 337652
*joseph.glynn@mto.com*
350 South Grand Ave, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

Munger, Tolles & Olson LLP
J. Max Rosen (*admitted pro hac vice*)
California Bar No. 310789
*max.rosen@mto.com*
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000

Attorneys for Defendant
GEICO Choice Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS, individually,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00023-RFB-NJK<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

MUNGER, TOLLES & OLSON LLP hereby requests that Qian Zhe (Danny) Zhang be removed from the Court's electronic service list as he is no longer an employee of Munger, Tolles & Olson LLP and no longer involved in this matter. Defendant GEICO Choice Insurance Company will continue to be represented by Munger, Tolles & Olson LLP

DATED this 14th day of August, 2026

MUNGER, TOLLES & OLSON LLP

By *_/s/ J. Max Rosen_*
J. Max Rosen, Esq., California Bar No. 310789
(*admitted pro hac vice*)
Attorneys for Defendant GEICO Choice Insurance Company

IT IS SO ORDERED.
Dated: August 17, 2026
.
.
______________________________
Nancy J. Koppe
United States Magistrate Judge