JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191/Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*
WILLIE WORTHAMS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WORTHAMS, individually,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CHOICE INSURANCE COMPANY, a foreign entity; LEWIS BRISBOIS BISGAARD & SMITH, LLP, a foreign limited liability partnership; LEWIS ROCA ROTHGERBER, CHRISTIE, LLP, a foreign limited liability partnership; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00023-RFB-NJK<br><br>**STIPULATION FOR EXTENSION OF REPLY BRIEFS IN SUPPORT OF MOTIONS (SECOND REQUEST)** |

Defendant GEICO CHOICE INSURANCE COMPANY ("GEICO"), by and through its attorneys of record of the law firms McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP and MUNGER, TOLLES & OLSON LLP, and Plaintiff WILLIE WORTHAMS ("Plaintiff"), by and through his attorneys of record of the BOWEN LAW OFFICES have stipulated and agreed to an extension of the deadline for the parties' respective reply briefs, from August 24, 2026 to September 1, 2026, as follows:

- Replies in support of GEICO's Motion for Summary Judgment (Dkt. 188) and Plaintiff's Motion for Summary Judgment (Dkt. 181) and Motion and Request for Summary Judgment (Dkt. 191) will now be due on Tuesday, September 1, 2026.

The parties hereby move for entry of this stipulation on good cause.

## I. **PROCEDURAL HISTORY**

On May 29, 2026, Plaintiff Willie Worthams filed a Motion for Summary Judgment (Dkt. 181) and a Request for Judicial Notice Re Underlying Wrongful-Death Judgment and Adjudicated Damages (*see* Dkt. 190).

On June 1, 2026, GEICO filed a Motion for Summary Judgment. (Dkt. 188.)

On June 5, 2026, Plaintiff withdrew his Request for Judicial Notice Re Underlying Wrongful-Death Judgment and Adjudicated Damages (*see* Dkt. 190) and refiled a Motion and Request for Judicial Notice Re Adjudicated Wrongful-Death Damages and Judgement (Dkt. 191).

On June 12, 2026, GEICO moved for a seven-day (7) extension of its response deadlines from June 22, 2026 to June 29, 2026. (Dkt. 193.) The Court granted GEICO's motion on June 16, 2026. (Dkt. 195.)

On June 18, 2026, the Parties filed a Stipulation For Briefing Schedule on Summary Judgment Motions (Second Request), agreeing to a deadline of July 8, 2026 for response briefs and a deadline of July 29, 2026 for reply briefs. (Dkt. 196.) On June 22, 2026, this Court granted the stipulation. (Dkt. 197.)

On July 1, 2026, the Parties filed a Stipulation For Briefing Schedule on Summary Judgment Motions (Third Request), agreeing to a deadline of July 15, 2026 for response briefs and a deadline of August 5, 2026 for reply briefs. (Dkt. 199.) On July 2, 2026, the Court granted the stipulation. (Dkt. 201.)

On July 15, 2026, the Parties filed a Stipulation For Briefing Schedule on Summary Judgment Motions (Fourth Request), agreeing to a deadline of July 22, 2026 for response briefs and a deadline of August 12, 2026 for reply briefs. (Dkt. 202.) On July 16, 2026, the Court granted the stipulation. (Dkt. 203.)

On July 22, 2026, the Parties filed a Stipulation For Briefing Schedule on Summary Judgment Motions (Fifth Request), agreeing to a deadline of July 27, 2026 for response briefs and a deadline of August 17, 2026 for reply briefs. (Dkt. 204.) On July 28, 2026, the Court granted the stipulation. (Dkt. 211.)

On July 27, 2026, pursuant to their stipulation, the Parties filed responses to summary judgment and related motions. (*See* Dkts. 205–210.)

On August 12, 2026, the Parties filed a Stipulation for Briefing Schedule on Replies in Support of Motions, agreeing to a deadline of August 24, 2026. (Dkt. 212) On August 13, 2026, the Court granted the Stipulation. (Dkt. 213)

This is the parties second request an extension of time specific to the reply briefs.

## II. GOOD CAUSE EXISTS FOR THE STIPULATED EXTENSION

Good cause exists for this extension of time for the parties' reply briefs.

Since the parties' filing of their respective response briefs on July 27, 2026, the parties have been diligently preparing reply briefs. Additionally, both parties' counsel have had or are scheduled to have substantially overlapping commitments, including briefing deadlines, work travel, and an arbitration hearing. The parties' stipulated briefing schedule will allow counsel sufficient time to fully and effectively brief the important dispositive issues raised by the pending summary judgment motions and response briefs.

This is the second extension of time requested by the parties related specifically to the reply deadlines (although the seventh overall stipulation with respect to summary judgment briefing).

The parties have stipulated to this extension in good faith and not for purposes of delay.

DATED this 24th day of August, 2026

BOWEN LAW OFFICES

By *_/s/ Jerome R. Bowen, Esq._*
Jerome R. Bowen, Esq., Nevada Bar No. 4540
Attorneys for Plaintiff

DATED this 24th day of August, 2026

MUNGER, TOLLES & OLSON LLP

By *_/s/ J. Max Rosen, Esq._*
J. Max Rosen, Esq., California Bar No. 310789
(*admitted pro hac vice*)
Attorneys for Defendant GEICO Choice Insurance Company

**IT IS SO ORDERED.**

DATED this 25th day of August, 2026

By ______________________________
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th of August, 2026, a true and correct copy of the **STIPULATION FOR EXTENSION OF REPLY BRIEFS IN SUPPORT OF MOTIONS-SECOND REQUEST** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By *_/s/ Jerome R. Bowen, Esq._*
Jerome R. Bowen, Esq., Nevada Bar No. 4540
Attorney for Plaintiff